IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD RIDDLE | ) |
| | ) |
| v. | ) NO. 3-10-0578 |
| | ) JUDGE CAMPBELL |
| FIRST TENNESSEE BANK, et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Extension to Seek New Counsel (Docket No. 20). Defendant First Horizon National Corporation has filed a Response thereto (Docket No. 21).

Plaintiff's Motion is GRANTED. Defendant's opposition is overruled. Plaintiff shall have an extension of thirty (30) days, until November 1, 2010, to obtain new counsel, who shall enter an appearance herein on Plaintiff's behalf, or Plaintiff shall be considered as proceeding *pro se*.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE