# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD RIDDLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:10-cv-00578 |
| v. | ) | |
| | ) | |
| **FIRST TENNESSEE BANK,** | ) | **JUDGE SHARP** |
| **NATIONAL ASSOCIATION,** | ) | **MAGISTRATE JUDGE GRIFFIN** |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiff's Motion for Review of Costs (Docket Entry No. 103) is hereby GRANTED IN PART. The Clerk is hereby DIRECTED TO RE-TAX costs against Plaintiff in this case in the amount of $2,671.70.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE